# Exhibit A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/27/2026
CT Log Number 553195925

## Service of Process Transmittal Summary

**TO:** Dominique Colvard
Topbuild Corp.
475 N WILLIAMSON BLVD
DAYTONA BEACH, FL 32114-7101

**RE:** **Process Served in Oregon**

**FOR:** Specialty Distribution Group, LLC (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ESTATE OF MALIK ISAAC BELCHA, by and through its Personal Representative MICHAEL JAMES BELCHA, SR. // To: Specialty Distribution Group, LLC |
| **CASE #:** | 26CV45329 |
| **NATURE OF ACTION:** | Wrongful Death - Vehicle Collision |
| **PROCESS SERVED ON:** | C T Corporation System, Salem, OR |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/27/2026 at 11:04 |
| **JURISDICTION SERVED:** | Oregon |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, TopBuild Legal Dept legal@topbuild.com<br>Email Notification, Dominique Colvard dominique.colvard@topbuild.com<br>Email Notification, Audra Albright audra.albright@topbuild.com<br>Email Notification, Danielle VanHorn danielle.vanhorn@topbuild.com |
| **REGISTERED AGENT CONTACT:** | CT Corporation System<br>780 Commercial Street? SE<br>Ste 100<br>Salem, OR 97301<br>8775647529<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Aug 27, 2026
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | SPECIALTY DISTRIBUTION GROUP, LLC |
| Case Number | 26cv45329 |
| Jurisdiction | OR |

| Inserts | | |
|---|---|---|
| | | |

CERTIFIED A TRUE COPY
Tyler Staggs

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ESTATE OF MALIK ISAAC BELCHA, by and through its Personal Representative MICHAEL JAMES BELCHA, SR.<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALTY DISTRIBUTION GROUP, LLC, f.k.a. SERVICE PARTNERS, LLC, a Virginia limited liability company doing business in Oregon as SILVERCOTE, and MATTHEW PAUL HILL,<br><br>Defendants. | Case No.: 26CV45329<br><br>**SUMMONS** |

**TO: Specialty Distribution Group, LLC**
**c/o CT Corporation System**
**780 Commercial Street SE, Suite 100**
**Salem, OR 97301**

You are hereby required to appear and defend the Complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this Summons upon you, and in case of your failure to do so, for want thereof, the plaintiff will apply to the court for the relief demanded in the Complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

**You must "appear" in this case or the other side will win automatically. To "appear", you must file with the court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.**

**If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.**

*Tyler E. Staggs*
Signature of Attorney / Author for Plaintiff

Tyler E. Staggs — 065172
Attorney's / Author's name — Bar No.

530 Center Street NE, Suite 712
Address

Salem OR 97301 (503)378-7777
City State Zip Phone

Trial attorney if other than above — Bar No.



Spooner Staggs
Trial Lawyers
530 Center St NE, Suite 712
Salem, OR 97301

8/25/2026 9:05 AM
26CV45329

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ESTATE OF MALIK ISAAC BELCHA, by and through its Personal Representative MICHAEL JAMES BELCHA, SR.<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALTY DISTRIBUTION GROUP, LLC, f.k.a. SERVICE PARTNERS, LLC, a Virginia limited liability company doing business in Oregon as SILVERCOTE, and MATTHEW PAUL HILL,<br><br>Defendants. | Case No.: 26CV45329<br><br>**COMPLAINT (Negligence/Negligence Per Se, Wrongful Death)**<br><br>Prayer: $4,500,000.00<br>Filing Fee: $1,178<br>ORS 21.160(1)(d)<br><br>JURY TRIAL REQUESTED<br><br>NOT SUBJECT TO MANDATORY ARBITRATION |

COMES NOW, plaintiff, by and through its attorneys, Tyler Staggs of Spooner Staggs Trial Lawyers, and alleges as follows:

1.

This is a wrongful death action brought by the Estate of Malik Isaac Belcha, the plaintiff, through its duly appointed personal representative, Michael James Belcha, Sr, the deceased's father, for the benefit of Malik Belcha's surviving parents. Malik Belcha, the deceased, died at the age of 23, on November 17, 2023, from his injuries sustained in the collision.

2.

At all times material, defendant Specialty Distribution Group, LLC, is a Virginia corporation with its principal place of business in Florida. At the time of the subject



Spooner Staggs
Trial Lawyers
530 Center St NE, Suite 712
Salem, OR 97301

collision, defendant Specialty Distribution Group, LLC, was named Service Partners, LLC. The company changed its name to Specialty Distribution Group, LLC, on December 26, 2023, after merging with ADO Products, LLC, a Minnesota limited liability company, on or about October 20, 2023. At all times material, defendant Specialty Distribution Group, LLC, including when it was named Service Partners, LLC, was authorized to do business in Oregon under an assumed business name, Silvercote. Defendant Specialty Distribution Group, LLC (referred to hereinafter as defendant Silvercote), conducts regular and sustained business activities in Multnomah County, Oregon.

3.

At all times material, defendant Matthew Paul Hill resided in Colorado.

4.

At all times material, defendant Hill was working in the course and scope of his employment with defendant Silvercote and subject to defendant Silvercote's control. Further, at all times material, defendant Hill was acting within his actual or apparent authority on behalf of defendant Silvercote.

5.

At all times material, NE 181st Avenue, at the uncontrolled intersection with NE Wilkes Road in Gresham, Multnomah County, Oregon, is a public roadway running north/south.

6.

On November 17, 2023, at approximately 5:50 p.m., defendant Hill, while driving a rented 2008 Subaru Outback, was heading southbound on NE 181st Avenue with heavy traffic, when he turned left to go east on NE Wilkes Road in front of the path of Malik Belcha, who had the right of way and was driving his motorcycle while



Spooner Staggs
Trial Lawyers
530 Center St NE, Suite 712
Salem, OR 97301

heading northbound on NE 181st Avenue with his headlight on. The motorcycle crashed into the passenger side of the Subaru Outback and the impact threw Malik Belcha in the air landing in the southbound lane.

7.

Emergency medical services arrived on scene and attempted lifesaving efforts, but Malik Belcha died at the crash scene.

8.

The collision between the two vehicles was caused by the negligence of defendant Hill in one or more of the following particulars:

(a) In failing to keep and maintain a proper lookout;

(b) In making a dangerous left turn in violation of ORS 811.350 by initiating a left turn when Malik Belcha's vehicle was so close as to constitute an immediate hazard;

(c) In making an unsignaled left turn in violation of ORS 811.335 and ORS 811.400;

(d) In failing to maintain control of his vehicle;

(e) In failing to yield the right of way;

(f) In driving at an unreasonable speed for the circumstances;

(g) In failing to exercise due care under the circumstances;

(h) In carelessly driving a vehicle in a manner that endangers or would be likely to endanger any person or property in violation of ORS 811.135; and

(i) In recklessly driving his vehicle in a manner that endangered the safety of other persons and property in violation of ORS 163.195 and ORS 811.140.

///

///



Spooner Staggs
Trial Lawyers
530 Center St NE, Suite 712
Salem, OR 97301

9.

Pursuant to the doctrine of respondeat superior, defendant Silvercote is vicariously liable to plaintiff for Malik Belcha's injuries and damages set forth in paragraphs 10-12 below that were caused by defendant Hill's negligence and negligence per se as set forth in paragraph 8 above.

10.

As a result of the collision and defendants' negligence, Malik Belcha suffered severe injuries which caused his death. Prior to his death, Malik Belcha experienced conscious pain and suffering. Plaintiff is entitled to an award of noneconomic damages as just, fair, and reasonable compensation for Malik Belcha's disability, pain, and suffering from the period of time between the collision and his death, in an amount not to exceed $2,000,000.00.

11.

As a result of the collision and defendants' negligence, plaintiff is entitled to an award of noneconomic damages as just, fair, and reasonable compensation for the loss of Malik Belcha's society, companionship, and services to his parents, in an amount not to exceed $2,000,000.00.

12.

As a result of the collision and defendants' negligence, plaintiff is entitled to an award of economic damages as just, fair, and reasonable compensation for the pecuniary loss to the Estate and for the loss of Malik Belcha's support and services to his parents in a total amount not to exceed $500,000.00.

///

///

///



Spooner Staggs
Trial Lawyers
530 Center St NE, Suite 712
Salem, OR 97301

WHEREFORE, plaintiff prays for judgment against defendants as follows:

(a) Noneconomic damages for the disability, pain, and suffering of Malik Belcha from the time of the collision to his death, in an amount not to exceed $2,000,000.00

(b) Noneconomic damages for the loss of Malik Belcha's society, companionship, and services to his parents, in an amount not to exceed $2,000,000.00;

(c) Economic damages for the pecuniary loss to the Estate and for the loss of Malik Belcha's support and services to his parents in a total amount not to exceed $500,000.00

(d) For his costs and disbursements incurred herein; and

(e) For such other relief as the court deems just and proper.

DATED this 24th day of August, 2026.

s/ Tyler E. Staggs

TYLER E. STAGGS, OSB# 065172
Of Attorneys for Plaintiff
Email: tyler@spoonerstaggs.com
Fax: (503) 588-5899

Oregon Courts
Oregon Judicial Department

# An Option for Resolving Your Dispute: Mediation

**Important Notice:** If you are receiving this form as the filing party, you must serve this form on the responding party.

## What is mediation?

- A voluntary way to resolve your case with the help of a neutral person (the mediator). Instead of having a judge decide your case, you can work with a mediator to settle your case. You can still go to trial if you do not reach an agreement.

- The mediator will help you and the other party communicate and come up with options to settle the case. The mediator does not take sides or give legal advice.

## How does mediation work?

- The mediator will explain the process at the beginning of mediation. Parties may meet with the mediator together or the mediator may meet with you each separately. Either party can ask to meet with the mediator alone.

- During mediation, each party has an opportunity to suggest ideas for moving forward. The mediator helps the parties come up with ideas and possible solutions.

- If both parties agree to a resolution, you may not need to go to court or arbitration. There is only a resolution in mediation if both parties agree to it.

## Why should I mediate?

- It can be faster, less expensive, and less stressful than a trial or hearing.
- Parties decide the outcome instead of a judge.
- Parties can find more creative ways to resolve the dispute.
- It's private and confidential (with a few exceptions).
- It gives parties an opportunity to hear each other's perspectives.
- Parties are more likely to follow mediated agreements than court judgments.
- Parties often report higher satisfaction than in a court trial.

## Things to consider before mediation.

There may be times when mediation is not appropriate. Tell your mediator or attorney if:

- Mediation poses a risk to your safety;
- You can't make decisions about your case; or
- You think you'll agree to something you don't want.

The mediator may be able to address your concerns so that you can mediate.

**Oregon Courts**
Oregon Judicial Department

## Where do we meet with the mediator?

Mediation usually happens in person or by video conference (for example, Zoom or Webex).

## Who chooses the mediator?

Some courts will provide a mediator in landlord-tenant and small claims cases. The parties may also agree on a private mediator on their own.

Another option is to go through a Community Dispute Resolution Center (CDRC). To find one go to: Oregon Office for Community Dispute Resolution | School of Law (uoregon.edu)

You can also find private mediators using these resources:

- Oregon Mediation Association - Find a Mediator: https://ormediation.org
- The mediator search tool at Mediate.com: https://mediate.com

## How much does mediation cost?

Some courts offer free mediation services in landlord-tenant and small claims cases. Otherwise, the cost for a mediator varies. Private mediators usually charge by the hour. Community dispute resolution centers (CDRCs) may be less expensive.

## Can I get an interpreter for mediation?

If the court sends the case to mediation, interpreters are available for people with limited English proficiency and for people who are deaf (ASL) or hard of hearing for free. Please let your mediator or the court know that you will need an interpreter prior to your court date or mediation conference.

## How do I get my case to mediation?

- The court may refer your case to mediation without you asking.
- You can also ask the court to send your case to mediation by filing a request for mediation (check with your local court for forms).
- You may talk with the other person directly and agree on mediation. If you decide to work with a private mediator, contact the mediator directly to learn more about their process.

## My case is going to arbitration – can I mediate my case instead?

Yes, some courts have an established mediation program and can refer you to a mediator. In these counties, arbitration is not required if the parties don't agree on an outcome in mediation. Instead, they are referred to a judge for further case processing.

If your court does not have a mediation program, the parties can still choose to mediate with a private mediator but may be required to attend arbitration if they can't agree on an outcome.

# Local Mediation Program Information

Court location: Multnomah

## Mediation Programs

**Small Claims**
The Court requires parties to attend mediation orientation. If parties choose to mediate, a mediator will be provided for free.

**Landlord Tenant**
The Court does not provide mediators in Landlord Tenant cases. Parties can request mediation and must hire a mediator at their own expense.

**Civil**
The Court does not provide mediators in Civil cases. Parties can request mediation and must hire a mediator at their own expense.

**Probate**
The Court does not provide mediators in Probate cases. Parties can request mediation and must hire a mediator at their own expense.

**Find more information on our website:**

Oregon Judicial Department : Mediation : Programs & Services : State of Oregon

**www.courts.oregon.gov/courts/multnomah/programs-services/Pages/mediation.aspx**

Visit the court's website for this form in Spanish, Korean, Russian, Traditional Chinese, Arabic and Vietnamese.

MULTNOMAH CIRCUIT COURT